UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 01-4678-CIV-MORENO

SALIM GUERRA,

    Plaintiff,

vs.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE and FORD MOTOR COMPANY,

    Defendants.
_____/

## ORDER SETTING BRIEFING SCHEDULE AND EVIDENTIARY HEARING

THIS CAUSE came before the Court upon oral argument in Open Court on August 23, 2011 and Plaintiff's Motion to Reopen Case **(D.E. No. 62)**, filed on **November 5, 2010**.

THE COURT has considered the motion, the response, oral argument, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** as follows:

(1)    Plaintiffs may file a supplementary brief by no later than **September 22, 2011** and provide Defendant with the court record file in Colombia.

(2)    Defendant Ford Motor Company may respond by **October 25, 2011**.

(3)    Plaintiffs may reply by no later than **November 1, 2011**.

The parties shall provide the Court with dates when their respective experts will be available for an evidentiary hearing as well as witness and exhibit lists by the close of the briefing schedule.

DONE AND ORDERED in Open Court on August 23, 2011 and in Chambers at Miami, Florida, this ___ day of August, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record